VILLAGE OF FALCONER, Respondent, v. PENNSYLVANIA GAS COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days, upon payment of the costs of the motion and of this appeal. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM ROSENBLUM, Appellant.— Judgment of conviction and order affirmed. All concur.

HAROLD A. SWARTZ, an Infant, by RALPH SWARTZ, His Guardian ad Litem, Respondent, v. W. C. A. QUIRIN and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

JAMES F. DOWNEY, Respondent, v. HANNAH DOWNEY, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to sustain the fifth finding of fact. All concur, except Hubbs and Sears, JJ., who dissent and vote for affirmance upon a modification of the fifth finding by striking out the specific date and finding in lieu thereof that the act alleged occurred in the spring of 1920.

LEROY P. FAIRBANKS and Another, Appellants, v. WILLIAM ALLEN, Respondent.— Judgment and order affirmed, with costs. All concur.

GARRA K. LESTER, Respondent, v. ERNEST F. KRUSE, Appellant.— Judgment affirmed, with costs. All concur; Kruse, P. J., not sitting.

ANNA MAHER, Respondent, v. BURROUGHS ADDING MACHINE COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

BRIGHTON CORPORATION, Respondent, v. ADAMS HOME COMPANY, Impleaded with DON C. ALLEN, as Trustee in Bankruptcy of ADAMS HOME COMPANY, Appellant, and Another.— Judgment affirmed, with costs. All concur; Sears, J., not sitting.

EARL H. HENDERSON, Plaintiff, v. GEORGE A. GILLETTE and Another, Defendants.— Plaintiff's exceptions overruled. Motion for new trial denied, with costs, and judgment directed for the defendants upon the verdict, with costs. All concur; Sears, J., not sitting.

EDGAR MOREY, Respondent, v. BROWN BROTHERS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

ARMOUR & COMPANY, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur; Sears, J., not sitting.

EDWIN J. GOODWIN, Trading as E. J. GOODWIN & COMPANY, Respondent, v. WESTCOTT-WHITMORE COMPANY, Appellant.— Judgment affirmed, with costs. All concur; Sears, J., not sitting.

In the Matter of the Judicial Settlement of the Accounts of JAMES J. McCROHAN, J. DAVID ENRIGHT and Another, as Executors, etc., of MARY McCROHAN, Deceased.— Decree affirmed, with costs payable out of the estate. All concur; Sears, J., not sitting.

NEWTON JOHNCOX, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur, except Hubbs, J., who dissents and votes for reversal upon the ground that the plaintiff failed to establish his freedom from contributory negligence; Sears, J., not sitting.